UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CONNECTICUT, and STATE OF NEW YORK, *ex rel.* FRAUD BUSTER LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ENZO BIOCHEM, INC., a corporation; ELAZAR RABBANI, Ph.D., an individual; HANSEN LEE, an individual; KARA CANNON, an individual, <br><br> Defendants. | No. 22 Civ. 7613 (GHW) |

**ORDER**

Upon consideration of the State of Connecticut's Notice of Election to Intervene, dated August 15, 2024, advising the Court of its decision to intervene, for purposes of settlement, as to certain Covered Conduct defined by a Settlement Agreement with defendants Enzo Biochem, Inc. and Enzo Clinical Labs, Inc., and to decline to intervene as to Relator's remaining allegations, as well as the United States' Notice of Election to Decline Intervention, dated February 2, 2024, and the State of New York's Notice of Decision to Decline Intervention, dated February 2, 2024, it is hereby ORDERED as follows:

1. The complaint shall be unsealed thirty days after entry of this Order and, in the event that Relator has not moved to dismiss the action, service upon the defendants by Relator is authorized as of that date. If Relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, Relator may seek to modify

this Order with the consent of the United States, the State of Connecticut, and the State of New York (collectively, the "U.S. and the States"), or by motion on notice to the U.S. and the States.

2. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the complaint, this Order, the State of Connecticut's Notice of Election to Intervene, the United States' Notice of Election to Decline Intervention, and the State of New York's Notice of Decision to Decline Intervention (the "Notices").  Relator will serve upon the defendants this Order and the Notices only after service of the complaint.

3. Upon the unsealing of the complaint, the seal shall be lifted as to all other matters occurring in this action subsequent to the entry of this Order.

4. The parties shall serve all pleadings, motions, and notices of appeal filed in this action, including supporting memoranda and materials, upon the U.S. and the States.  The U.S. and the States may order any deposition transcripts.  The U.S. and the States may seek to intervene in this action, for good cause, at any time, or may seek dismissal of this action after intervention.

5. All further orders of this Court shall be sent by Relator to the U.S. and States.

6. Should Relator propose that this action or any of its allegations be dismissed, settled, or otherwise discontinued, Relator must solicit the written consent of the U.S. and the States before applying for Court approval.

Dated:  August 19, 2024

SO ORDERED:

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE