```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, STATE OF             :
CONNECTICUT, and STATE OF NEW YORK,            :
*ex rel.* FRAUD BUSTER LLC,                    :        1:22-cv-7613-GHW
:
                                Plaintiffs,       :                     ORDER
:
                  -v-                      :
:
ENZO BIOCHEM, INC.; ELAZAR RABBANI;             :
HANSEN LEE; and KARA CANNON,                    :
:
                               Defendants.      :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On September 19, 2024, Plaintiff-Relator Fraud Buster LLC and Plaintiff the State of Connecticut submitted a stipulation of dismissal, seeking to dismiss their claims asserted under Connecticut law against all Defendants. Dkt. No. 11. The Court declines to so-order this stipulation. The parties' stipulated dismissal incorporates by reference terms contained in a settlement agreement that has not been publicly filed. Absent a publicly filed settlement agreement, the scope of the dismissal is unclear. Accordingly, the Court requests that Relator and Connecticut file a new stipulation of dismissal that clearly sets out the scope of the desired dismissal, including which of the claims in this action are dismissed with or without prejudice.

      Relator is directed to serve a copy of this memorandum endorsement on the United States, the State of New York, the State of Connecticut, and all Defendants and retain proof of service.

      SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                                                      GREGORY H. WOODS
                                                                   United States District Judge