UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2024

UNITED STATES OF AMERICA; STATE OF
CONNECTICUT; *and* STATE OF NEW YORK *ex
rel.* FRAUD BUSTER, LLC,

                                           Plaintiffs,

                                -v-

ENZO BIOCHEM, INC.; ELAZAR RABBANI,
Ph. D.; HANSEN LEE; *and* KARA CANNON,

                                   Defendants.

------------------------------------------------------------------- X

1:22-cv-7613-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       On or about August 14, 2024, Plaintiffs resolved their claims against Defendants arising under Connecticut Law. The Plaintiffs' claims under the False Claims Act, 31 U.S.C. §§ 3729(a)(1)(A)–(B), (G), and under New York Law, N.Y. State Fin. Law § 190(2)(b), remain outstanding. The Court sees no indication that Defendants have been served and none have appeared. Plaintiffs are directed to submit a status update letter to the Court no later than October 23, 2024.

       SO ORDERED.

Dated: October 16, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge