USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CONNECTICUT, and STATE OF NEW YORK *ex rel.* Fraud Buster, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ENZO BIOCHEM, INC., a corporation; ELAZAR RABBANI, Ph.D., an individual; HANSEN LEE, an individual; KARA CANNON, an individual;<br><br>Defendants. | CASE NO. 22CV07613<br><br>[~~PROPOSED~~]e ORDER STAYING PROCEEDINGS<br><br>(Woods, J.)<br>~~(Gott, M.J.)~~ e |

IT IS HEREBY ORDERED that this action (excluding service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure) is stayed until and including January 15, ~~2024~~ 2025, so that the parties can work towards a potential settlement of the remaining claims in this action.

Relator Fraud Buster, LLC is directed to serve a copy of this Order on each defendant who has not yet been served with a summons in this action.

The parties are directed to file a status report updating the Court on their settlement progress, or move to lift the stay, by no later than January 10, 2025.

Dated: October 29, 2024
New York, New York

SO ORDERED.

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE