**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2025

**MEMORANDUM ENDORSED**

**MARC A. SITTENREICH**
Partner
Licensed in NY, NJ
Email: msittenreich@garfunkelwild.com
Direct Dial: (516) 393-2533

FILE NO.: 17836.0002

September 3, 2025

**By ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

Re: *United States ex rel. Fraud Buster, LLC v. Enzo Biochem, Inc. et al.*
Docket No. 22 Civ. 7613

Dear Judge Woods:

We represent Defendant Enzo Biochem, Inc. ("Enzo") in the referenced action. We write pursuant to Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases to respectfully request a brief, 4-day extension of the deadline for Enzo to submit its reply papers in further support of its motion to dismiss, from September 8, 2025 to September 12, 2025.

Relator consents to this request, which is Enzo's first request for an extension of time to file its reply papers specifically and its second request for an extension of all briefing deadlines in connection with this motion. Enzo's prior request, which sought additional time to file its initial moving papers and proposed the current briefing schedule, was granted by Order dated June 17, 2025. The reason for the instant request is that we need additional time to finalize Enzo's reply papers in light of multiple personal and professional conflicts.

We thank the Court for its time and attention to this matter.

Respectfully yours,

/s/ Marc A. Sittenreich

Marc A. Sittenreich

Application granted. The deadline for Defendant to file its reply in support of its motion to dismiss is extended to September 12, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 80.

SO ORDERED.

Dated: September 4, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

NEW YORK    NEW JERSEY    CONNECTICUT    FLORIDA    WASHINGTON, D.C.

4935-6789-7426v.3