**GARFUNKEL WILD, P.C.**

ATTORNEYS AT LAW

900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964

www.garfunkelwild.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

## MEMORANDUM ENDORSED

JASON HSI
Partner
Licensed in NY
Email: jhsi@garfunkelwild.com
Direct Dial: (516) 393-2298

FILE NO.:    17836.0002

May 26, 2026

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

      Re:    *United States ex rel. Fraud Buster, LLC v. Enzo Biochem, Inc. et al.*
              Docket No. 1:22-cv-07613-GHW

Dear Judge Woods:

We represent Defendants Enzo Biochem, Inc. ("Enzo Biochem"), Enzo Clinical Labs, Inc. ("Enzo Clinical"), and Enzo Life Sciences, Inc. ("Enzo Life," and collectively, "Enzo") in the referenced action. Pursuant to Rule 2(E) of the Court's Individual Rules, we respectfully request an adjournment of the pre-motion conference scheduled for tomorrow, May 27, 2026, to June 15, 17, or 18 at a time that is convenient for the Court. Plaintiff has consented to the request, and the proposed dates reflect the availability of both parties. In light of this requested adjournment, Plaintiff also seeks an extension of time to submit its opposition letter to June 5, 2026, which Defendants have consented to.

The reason for the adjournment is due to a scheduling conflict, and additional conflicts preclude an earlier alternate date. This is the first request in connection with this pre-motion conference.

We thank the Court for its time and attention to this matter.

              Respectfully submitted,

              */s/ Jason Hsi*

NEW YORK      NEW JERSEY      CONNECTICUT      FLORIDA      WASHINGTON, D.C.

4915-7312-3247v.1

The Honorable Gregory H. Woods
May 26, 2026
Page 2

Cc:    Grace Y. Park, Esq. (*by ECF and E-Mail*)
       Kevin J.Boutin, Esq. (*by ECF and E-Mail*)
       John Martin, Esq.

Application granted in part.  The pre-motion conference scheduled for May 27, 2026 is adjourned to June 9, 2026 at 2:00 p.m.  The Court is not available on the dates that the parties have proposed.  The deadline for Plaintiff to submit a pre-motion conference letter is extended to June 5, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 105.

SO ORDERED.

Dated:  May 26, 2026                    _____
New York, New York                         GREGORY H. WOODS
                                        United States District Judge

GARFUNKEL WILD, P.C.

4915-7312-3247v.1